AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>$9,555.80 USDT stored in or accessible at Binance Cryptocurrency Exchange, associated with User ID 282843618, in the name of Deepak Soni. | )<br>)<br>)   Case No. 1:22-mj- **60-01-AJ**<br>)<br>) |

**APPLICATION FOR A WARRANT
TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___New Hampshire___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981(a)(1)(C)___ *(describe the property)*:

and 28 U.S.C. § 2461, for violations of 18 U.S.C. § 1343: $9,555.80 USDT stored in or accessible at Binance Cryptocurrency Exchange, associated with User ID 282843618, in the name of Deepak Soni. The U.S. has made the requisite showings under 21 U.S.C. § 853(f) that there is probable cause to believe that the property to be seized would be subject to forfeiture, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

The application is based on these facts:
See attached Affidavit of Special Agent George Jasek III, United States Secret Service.
Seizure authority is predicated upon 18 U.S.C. §§ 981(b), 982(b)(1) and 21 U.S.C. § 853(f).

☑ Continued on the attached sheet.

/s/ George Jasek III
*Applicant's signature*

George Jasek III, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephonic conference___ (specify reliable electronic means).

Date: ___04/06/2022___

*Judge's signature*

City and state: ___Concord, New Hampshire___     Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*