IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF SUMS OF BTC AND USDT STORED IN OR ACCESSIBLE AT BINANCE CRYPTOCURRENCY EXCHANGE ACCOUNTS ASSOCIATED WITH USER IDS 355266437, 282843618, AND 255304050. | Case No.  22-mj-60-01-AJ<br><br>**Filed Under Seal – LEVEL II** |

MOTION TO SEAL AT LEVEL II: ENITRE MATTER
RELATED TO APPLICATION FOR SEIZURE WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Seizure Warrant, including the application, the supporting affidavit, any warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, except that the government may later disclose these materials to comply with its discovery obligations under the local rules..

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

Motion To Seal Entire Matter Related to Search Warrant
Page 2 of 2

                                                                       Respectfully submitted,

                                                                       JOHN J. FARLEY
                                                                       Acting United States Attorney

Dated: April 6, 2022                   By: /s/ Georgiana L. MacDonald
                                                                       Georgiana L. MacDonald
                                                                       Assistant United States Attorney

Motion:      ☑ Granted      ☐ Denied

*[signature]*

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: ~~March 18, 2021~~
**Apr 6, 2022**