AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.<br>22-mj-60-01-AJ | Date and time warrant executed:<br>04/06/2022 1640HRS | Copy of warrant and inventory left with:<br>Binance |
| Inventory made in the presence of:<br>N/A | | |
| Inventory of the property taken:<br><br>9555.80 USDT was sent/secured from Binance account User ID 282843618 owned by Deepak Soni, into the Manchester Resident Office Coinbase seizure account on April 24, 2022. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/27/2022

_Executing officer's signature_

George Jasek - Special Agent US Secret Service
*Printed name and title*